# EXHIBIT 1

# EXHIBIT 1

# denverpost.com
## THE DENVER POST

denver and the west

# Controversy over pat-downs, body scans lands at DIA

By Jeffrey Leib
*The Denver Post*

Posted: 11/18/2010 01:00:00 AM MST

Updated: 11/18/2010 09:33:54 PM MST



Transportation Security Administration agents perform enhanced pat-downs on passengers at DIA on Wednesday amid growing controversy about the screenings and full-body scanners, one week before Thanksgiving air travelers crowd airports. (Craig F. Walker, The Denver Post)

Despite ongoing criticism from some Washington lawmakers and many travelers, Transportation Security Administration chief John Pistole refused Wednesday to back off the agency's position that tougher airport screening techniques are needed to counter evolving threats.

"I'm not going to change those policies," he declared to lawmakers.

At U.S. airports, the TSA has been deploying more advanced imaging scanners that perform a kind of electronic strip-search on passengers and allow screeners hidden in control rooms to search the images for concealed weapons and explosives.

And in recent weeks, TSA screeners also have escalated the pat-down procedure on passengers in a way that some say is far too intrusive.

"I'm

frankly bothered by the level of these pat-downs," Sen. George LeMieux, R-Fla., told Pistole, who was testifying before the Senate Committee on Commerce, Science and Transportation.

"I wouldn't want my wife to be touched in the way that these folks are being touched," LeMieux said. "I wouldn't want to be touched that way."

Pistole, who has been subjected to a pat-down himself, said: "It is clearly more invasive." But the

Advertisement



# SAVE 20%
ON CUSTOM WINDOW COVERINGS
Schedule Your *Free* In-Home Design Consultation

*For showroom or in-home design consultation orders, this ad must be presented at the time of purchase. For online orders, enter offer code. Offer valid on 3 Day Blinds brand products only. Offer excludes ViewPointe™ window coverings, product upgrades, installation, sales tax, shipping and handling. Not valid on previous purchase or with any other offer or discount. One purchase per household during this promotion. Offer Code: TUB8 Offer Expires: 1/31/10. AZ State Contractor's License ROC 130852, ROC 130653. CA State Contractor's License #859590. OR State Contractor's License #90559. WA State Contractor's License #THREEDB07OKZ. © 2010 3 Day Blinds Corporation.

 3DAYBLINDS™
YOU'LL LOVE THE TREATMENT
866-903-7703

Print Powered By [fd] Format**Dynamics**™

# denverpost.com
## THE DENVER POST

procedures are necessary, he said, to detect devices not seen before.

As passengers traveled through Denver International Airport on Wednesday in advance of the Thanksgiving rush, some invoked their constitutional right against unreasonable search, while others were more forgiving of efforts to keep travel safe.

Jeffrey "Gator" Henry of Charlotte, N.C., moved through security in skimpy gym shorts and a sleeveless tank top as part of his plan to reject screening by advanced imaging machines — the devices that use either millimeter-wave or backscatter X-ray technology — and to request a pat-down instead.

"It's an invasion of privacy," said Henry, a television and film producer, as he waited at DIA's A concourse checkpoint.

Henry said he's joined the nascent

movement that is asking travelers to voluntarily opt out of screening by the full-body scanners in favor of more time-consuming pat-downs. Some have designated the day before Thanksgiving as National Opt-Out Day.



Transportation Security Administration agents perform enhanced pat-downs on passengers at DIA on Wednesday amid growing controversy about the screenings and full-body scanners, one week before Thanksgiving air travelers crowd airports. (Craig F. Walker, The Denver Post)

"I dressed this way so there is nothing to pat down," he said of the more intensive TSA hand searches.

TSA pat-downs have evolved into more of a light massage, with screeners running their hands up and down the arms, torsos and legs of those

Advertisement


HEARTLAND QUALITY
OMAHA STEAKS
SINCE 1917

SAVE up to 64%
Plus, get
3 FREE Gifts


Special Code: 45069ZWN

To Order: www.OmahaSteaks.com/print71 or call 1-877-586-4455

Print Powered By [FormatDynamics]

# denverpost.com
## THE DENVER POST

passengers selected for the extra screening procedure.

Anthony Giovingo of New Orleans was flying home after visiting his daughter in the Denver area and said he is unfazed about full-body scanning.

"It doesn't bother me," Giovingo said. "I'd rather go through

---

**Post Poll - Airport Security**

Would you agree to undergo a full body scan as a regular part of airport security? Read Post columnist Mike Littwin's take on airport security .

○  Yes, for better or worse it is part of modern travel.

○  No, new airport security measures go too far.



---

the scanner than be patted down. It's quicker and less invasive. I have nothing to hide, so what's the problem?"

## Smooth flying for some

On Wednesday, it appeared that most travelers, including Henry, were able to avoid screening by the advanced imaging devices or pat-downs by passing through the checkpoint metal detectors without generating alarms.

Jill Johnson of Colorado Springs arrived at DIA from Dallas and said at that city's airport, she similarly had cleared the metal detector and avoided the more controversial screening techniques.

Johnson said she has not yet been screened at an airport by a full-body scanner but would not object if she were asked to submit to such an electronic scan.



A passenger at Denver International Airport on Wednesday goes through a security pat-down. (Craig F. Walker, The Denver Post)

"Everybody has to understand that we're talking about preventing another 9/11," she said. "It might be an invasion of privacy, but we're talking about a matter of life and death."

Of the enhanced pat-downs, Johnson added, "If it's done respectfully, people should allow it."

TSA's new pat-down procedure is "more up close

Advertisement



SAVE 20%*
ON CUSTOM WINDOW COVERINGS
Schedule Your *Free* In-Home Design Consultation



3DAYBLINDS
YOU'LL LOVE THE TREATMENT

866-903-7703

*For showroom or in-home design consultation orders, this ad must be presented at the time of purchase. For online orders, enter offer code. Offer valid on 3 Day Blinds brand products only. Offer excludes ViewPointe™ window coverings, product upgrades, installation, sales tax, shipping and handling. Not valid on previous purchase or with any other offer or discount. One purchase per household during this promotion. Offer Code: TGBB Offer Expires: 1/31/10. AZ State Contractor's License ROC 130652, ROC 130653. CA State Contractor's License #659990. OR State Contractor's License #90559. WA State Contractor's License # THREEDBG70K7. © 2010 3 Day Blinds Corporation.

Print Powered By **FormatDynamics™**

# denverpost.com
### THE DENVER POST

and personal" than earlier hand-search techniques, but it is "not just Keystone Kops making it up as they go along," said Richard Bloom, director of terrorism, intelligence and security studies at Embry-Riddle Aeronautical University in Prescott, Ariz.

New TSA techniques develop out of a collaboration between the security and intelligence personnel that is constantly evaluating ever-changing threats, said Bloom, who spent 20 years in U.S. intelligence work.

The TSA operates 768 security checkpoints, with 2,225 screening lanes, at 458 airports across the country. Currently, the agency has deployed 385 of the advanced imaging scanners at 68 U.S. airports, including six at the three checkpoints at DIA. Those six use millimeter-wave technology.

In remarks to the Senate committee, Pistole said the TSA's goal is to have 1,000 advanced imaging machines deployed at airports by the end of 2011.

## A topic for the courts

Currently, there is no legal "bright line" to determine whether advanced imaging scans or intensive pat-downs amount to unreasonable searches of passengers, said Sam Kamin, an associate professor of constitutional law and criminal procedure at the University of Denver law school.

As lawsuits develop, courts undoubtedly will be looking at the privacy question, but they likely will be "loathe to second-guess" the TSA's balancing of security and privacy, Kamin said.

TSA officials undoubtedly would rather be on Capitol Hill answering questions about screening intrusiveness than "explaining why an airliner was brought down," he said.

*The Associated Press contributed to this report.*

## Pie can fly, but not the jam

If you're flying to Grandma's for Thanksgiving and have a favorite cranberry relish to share with her and the rest of the family, the TSA reminds you to pack it in your checked luggage or ship it ahead.

"Travelers should know that while pies are permitted through the security checkpoint," numerous other foods, including "creamy dips and spreads," gravy and gift baskets with salsa and jams are not, according to the Transportation Security Administration. A more complete list of foods prohibited from passing through checkpoints can be found on the travel tips section of the agency's website, www.tsa.gov.

"Additionally, TSA does not permit snow globes through the security checkpoint because they contain an undetermined amount of liquid," the agency adds.

The TSA's policy for passengers bringing liquids, gels and aerosols on the plane says travelers can tote such items in containers of 3.4 ounces or

Advertisement



Save $26 a month
and lock in your price for ONE YEAR!
Switch today! 1-877-866-8603

DIRECTV.
SATELLITE TELEVISION

Print Powered By [Format**Dynamics**]

# denverpost.com
## THE DENVER POST

less if the items fit in a 1-quart, clear plastic, zip-top bag. Each passenger can travel with one such bag; it must be removed from luggage and placed in the screening bin at the checkpoint, the TSA says. *Jeffrey Leib, The Denver Post*

Advertisement



**Help people in need.**
Donate your car, boat or RV
**Free Towing ■ Tax Deductible**



Call Toll-Free
**1-877-225-9384**



Print Powered By FormatDynamics™

# EXHIBIT 2

# EXHIBIT 2

**The U.S. Government is Doing What!?**

The Federal Reserve is now blowing the biggest bubble in U.S. history. When it pops - as soon as January 2011 - millions of Americans will be financially devastated... But others will have the opportunity to get 24-times richer. This **controversial video** reveals how you can end up on the winning side of this coming boondoggle...

Advertisement



THE BIG DAY: GM's Stock Roars Into High Gear...
Feds to take initial loss on first sale...
Share Offering Mostly Sold in N America...
China buys 1% stake...
STREET: Investors should stay clear due to audit problems...



# TSA XXX: AIRPORT WANTS 'OPT OUT'

# DRUDGE REPORT

LAWMAKERS BLAST TSA...

VIDEO: RON PAUL: ENOUGH IS ENOUGH...

Dem Sen: Crotch gropes just 'love pats'...

GOP Rep: Scanners violate Fourth Amendment...

NYC Lawmakers Seek Ban On Full Body Scanners...



Hong Kong Confirms Human Bird Flu Case...

AILES: NPR 'NAZIS'; PHONY JON STEWART 'LOVES POLARIZATION'...

House Dems want $12 billion more in jobless benefits...

GOP blocks bill...

Cops bust men playing chess in park...

School bans pink shirts from pep rally...

Fears of new food crisis as prices soar...

GERMANY: Suspected bomb found on Munich-bound flight...

Rockefeller: FCC Should Take FOXNEWS, MSNBC Off Airwaves...

SHOCK VIDEO...

House Dems Reject GOP Proposal to Defund NPR...

UPDATE: Prosecutor Wants WIKILEAKS Boss Arrested For Rape...

INT'L WARRANT ISSUED...

Assange denies allegations...

# EXHIBIT 3

# EXHIBIT 3

DrudgeReportArchives.com © 2010

**DrudgeReportArchives.com**

Today's DrudgeReport.com
Drudge's Special Reports
**Drudge's Downloads/Photos**

[ Search field ] [ Search Archives ]

Recent Headlines or Pictures
Popular Headlines
Time Line





Advertisement

THE BIG DAY: GM's Stock Sale Roars Into High Gear...
Share Offering Mostly Sold in N America...
China buys 1% stake...

# AIRPORT DROPS TSA, MOVES TO PRIVATE SECURITY

# DRUDGE REPORT



**LIFESAVERS?**

Lawmaker blasts TSA...

Dem Sen: Crotch gropes
are just 'love pats'...

Cops bust men playing
chess in park...

School bans pink shirts
from pep rally...

Fears of new food crisis
as prices soar...

California Bond Woe Bodes
Ill for States...

Study: Americans fleeing
high-tax, union-dominated
states...

City to shame drunk
drivers on FACEBOOK

UPDATE: Prosecutor Wants WIKILEAKS
Boss Arrested For Rape...

*Assange denies allegations...*

Ex-Gitmo Detainee Guilty of Single
Count...

Viewers pull plug on cable TV;
Largest subscriber decline in 30
years...

Vatican warns China...

'Cuckoo's Nest' hospital rebuilt
following abuses...

SHOCK VIDEO: Rockefeller: FCC Should



WHO WANTS IT: TSA Hit With Lawsuits As Revolt Explodes...

TYRRELL: Go Ahead, Grope Me!

COULTER: 'Please have your genitalia out and ready to be fondled'...

Man arrested after punching screener in Indy...

DA in CA vows to prosecute overly touchy...

Pilots in Talks For Biometric System...

VIDEO: Taiwanese animators take on TSA...

Man pulled from flight for 'Atom Bomb' tattoo...

FLASHBACK: Penn Jillette Calls Cops on Groping TSA Agent...

High School Plans to Open Drug Rehab Clinic In Building...

Twins' shooting called double suicide attempt...

drivers on FACEBOOK...

Qaeda-linked group threatens Israelis, in Hebrew...



I COULD BEAT HIM!

Egypt blogger released after 4 years in jail...

Azerbaijan releases jailed opposition blogger...

PODESTA: Obama should 'push the country to a better place'...



Clinton bans TWITTER, FACEBOOK, live-blog coverage for speech...

Reporter tossed from $ecret Dem fundraising meeting...

Bad hair day! Wife's weave job prompts 911 call...

SHOCK VIDEO: ROCKEFELLER: FCC Should Take FOXNEWS, MSNBC Off Airwaves...

EXCLUSIVE: 'SCOOTER' LIBBY BREAKS SILENCE...

HOUR'S SURGERY TO 'CURE' HIGH BLOOD PRESSURE...

Four in 10 say marriage is becoming obsolete...

BURGER KING fires employees after printing 'F#*% You' on receipt...

QANTAS: 40 engines on A380s need to be replaced...

FBI warns 'Geezer Bandit' is armed, dangerous...

REFRESH DRUDGE REPORT FOR LATEST...



Show your child how to help others in need this Christmas.

Find a Child to Help   World Vision

Advertisement

AGENCE FRANCE-PRESSE
AFP NEWS WRAP
REUTERS WORLD NEWS HIGHLIGHTS
REUTERS DIGEST
REUTERS WORLD
REUTERS POLITICS
REUTERS ODD
UPI

Casting Directors Receive Death Threat...

Greek Church takes on 'antichrist' in ID card...



Fortune-tellers warn of rocky road for William and Kate...

Royals warned not to dump cost of lavish wedding on taxpayers...

White Britis will be MINORITY in UK by 2066...



Advertisement

AP WORLD
AP NATIONAL
AP WASHINGTON
AP BUSINESS
AP ENTERTAINMENT
AP ON THE HOUR
AP HEADLINES
AP BREAKING
AP/REUTERS PHOTO WIRE
AP AUDIO

SEARCH
Date Range:
Within 1 Day
Any word(s) in article:

AP

Date Range:
Within 1 Day

---

TWITTER BREAKING NEWS FEED...

ABCNEWS NOTE
MIKE ALLEN PLAYBOOK
MSNBC FIRST READ
WASH POST RUNDOWN...

MATT DRUDGE
3 AM GIRLS
CINDY ADAMS
MARC AMBINDER
JONATHAN ALTER
BAZ BAMIGBOYE
DAVE BARRY
MICHAEL BARONE
STEPHEN BATTAGLIO
BIZARRE [SUN]
GLORIA BORGER
BRENT BOZELL
DAVID BRODER
DAVID BROOKS
PAT BUCHANAN
HOWIE CARR
MONA CHAREN
ELEANOR CLIFT
RICHARD COHEN
JOE CONASON
DAVID CORN
ANN COULTER
JIM CRAMER
CRAIG CRAWFORD
STANLEY CROUCH
LOU DOBBS
DE BORCHGRAVE
MAUREEN DOWD
ROGER EBERT
LARRY ELDER
SUSAN ESTRICH
JOSEPH FARAH
SUZANNE FIELDS
HOWARD FINEMAN
NIKKI FINKE
FIRST DRAFT [REUTERS]
FISHBOWL, DC
FISHBOWL, NYC
ROGER FRIEDMAN
JOHN FUND
LEAH GARCHIK
GATECRASHER
BILL GERTZ
GEORGIE GEYER
JIM GLASSMAN
JONAH GOLDBERG
ELLEN GOODMAN
MARTIN GROVE
MARK HALPERIN
CARL HIAASEN
NAT HENTOFF
PEREZ HILTON
CHRISTOPHER HITCHENS
HUGH HEWITT

---



9/10: Homeowners Fail To Take Advantage of Government Refinance Plan

Last spring, the US government launched a housing relief program, designed to help 7-9 million homeowners, but so far only 85,000 homeowners have used the program to refinance.

Many homeowners mistakenly think they are not eligible. If you are a homeowner and you haven't looked into refinancing recently, you may be surprised at how much you can save.

Select Your State:
Alabama
Alaska
Arizona

Calculate New Payment

LowerMyBills.com
Advertisement

Advertisement

GOOGLE NEWS

SEARCH WIRES

SEARCH DRUDGE

RECENT DRUDGE HEADLINES...

ALEXA LIVE: HOTTEST PAGES ON INTERNET...

WEATHER ACTION
USA RADAR ROLL
QUAKE SHEET

SEND NEWS TIPS TO DRUDGE
[ANONYMITY GUARANTEED]

Any word(s) in article:

[ ]

[REUTERS]

ANANOVA
BLOOMBERG
BUSINESS WIRE
DEUTSCHE PRESSE-AGENTUR
DOW JONES
EFE
INDO-ASIAN NEWS SERVICE
INTERFAX
ISLAMIC REPUBLIC WIRE
ITAR-TASS
KYODO
MCCLATCHY [DC]
PRAVDA
PRESS ASSOCIATION
PRESS TRUST INDIA
PR NEWSWIRE
[SHOWBIZ] PR WIRE
SCRIPPS HOWARD
US INFO WIRE
WENN SHOWBIZ
XINHUA
YONHAP

WORLD FRONT PAGES

LOCAL NEWS BY ZIPCODE

TV RATINGS
MOVIE BOXOFFICE RESULTS

ABCNEWS
ACCESS HOLLYWOOD
AD AGE DEADLINE
BBC
BBC AUDIO
BILD
BLAZE
BILLBOARD
BOSTON GLOBE
BOSTON HERALD
BREITBART
BROADCASTING & CABLE
CBS NEWS
C-SPAN
CHICAGO SUN-TIMES
CHICAGO TRIB
CHRISTIAN SCIENCE
CNBC
CNN
CNN POLITICAL TICKER
DAILY BEAST
DAILY CALLER
DAILY KOS
DAILY SWARM
DAILY VARIETY
DATELINE HOLLYWOOD
DER SPIEGEL
E!

INSIDE BELTWAY
INSIDE THE RING
AL KAMEN
MICKEY KAUS
KEITH J. KELLY
MICHAEL KINSLEY
JOE KLEIN
HARRY KNOWLES
KRAUTHAMMER
NICHOLAS KRISTOF
PAUL KRUGMAN
LARRY KUDLOW
HOWIE KURTZ
JOHN LEO
DAVID LIMBAUGH
RUSH LIMBAUGH
HAL LINDSEY
RICH LOWRY
MICHELLE MALKIN
DICK MORRIS
PEGGY NOONAN
OFF THE RECORD
MARVIN OLASKY
BILL O'REILLY
PAGE SIX
CAMILLE PAGLIA
ANDREA PEYSER
JIM PINKERTON
BILL PRESS
WES PRUDEN
ANNA QUINDLEN
FRANK RICH
REX REED
RICHARD REEVES
RELIABLE SOURCE
RICHARD ROEPER
RUSH/MOLLOY
SCHLAFLY
TOM SHALES
LIZ SMITH
MICHAEL SNEED
THOMAS SOWELL
MARK STEYN
ANDREW SULLIVAN
CAL THOMAS
TV COLUMN
TV NEWSER
TV PROGRAMMING INSIDER
VEGAS CONFIDENTIAL
JEFFREY WELLS
WASHINGTON WHISPERS
GEORGE WILL
WALTER WILLIAMS
JAMES WOLCOTT
MORT ZUCKERMAN
BILL ZWECKER

[text area]

[SUBMIT]

THE LIST...

VISITS TO DRUDGE 11/17/10

029,758,825 IN PAST 24 HOURS
863,361,186 IN PAST 31 DAYS
9,022,359,375 IN PAST YEAR

DRUDGE ARCHIVES

DRUDGE REFERENCE DESK

EMAIL: DRUDGE@DRUDGEREPORT.COM

BE SEEN! RUN ADS ON DRUDGE REPORT...

PRIVACY POLICY...

ECONOMIST
EDITOR & PUBLISHER
EMIRATES TODAY
ENT WEEKLY
FINANCIAL TIMES
FORBES
FOXNEWS
FOXNEWS NATION
FREE REPUBLIC
GAWKER
HOT AIR
HELLO!
HILL
H'WOOD REPORTER
HUFFINGTON POST
HUMAN EVENTS
IAFRICA
INTERNATIONAL HERALD TRIB
INFOWARS
INVEST BUS DAILY
JERUSALEM POST
LA DAILY NEWS
LA TIMES
LUCIANNE.COM
MEDIA WEEK
MSNBC
NATION
NATIONAL ENQUIRER
NATIONAL REVIEW
NEW REPUBLIC
NEW YORK
NY DAILY NEWS
NY OBSERVER
NY POST
NY TIMES
NEW YORKER
NEWSBUSTERS
NEWSBYTES
NEWSMAX
NEWSWEEK
N. KOREAN NEWS
PEOPLE
PHILLY INQUIRER
PHILLY DAILY NEWS
POLITICO
RADAR
REAL CLEAR POLITICS
REASON
RED STATE
ROLL CALL
ROLLING STONE
SALON
SAN FRAN CHRON
SEATTLE TIMES
SKY NEWS
SLATE
SMOKING GUN
SPLASH
STAR
SYDNEY MORNING HERALD
TALKING POINTS MEMO
TIME MAG
TMZ
[U.K.] DAILY MAIL

DrudgeReportArchives.com © 2010

[U.K.] DAILY MIRROR
DAILY RECORD
[U.K.] EVENING STANDARD
[U.K.] EXPRESS
[U.K.] GUARDIAN
[U.K.] INDEPENDENT
[U.K.] NEWS OF THE WORLD
[U.K.] SUN
[U.K.] TELEGRAPH
US NEWS
USA TODAY
VANITY FAIR
VILLAGE VOICE
WASH EXAMINER
WASH POST
WASH TIMES
WEEKLY STANDARD
WORLDNETDAILY
WOWOWOW
X17



DrudgeReportArchives.com © 2010

**Buy Gold: Goldline®**
Gold Delivered to Your
Door. Free Investor
Kit. Since 1960.
Goldline.com

**A New Citi**
Citi continues its
transformation. Learn
more.
www.new.citi.com

**Attention Tea Party:**
We won on Election
Day. Now it's time to
govern. Learn More
Now.
www.NowWeMustGovern.c...

By design, duplicate headlines are now appearing in both the search and "Recent" sections. This is because Matt changed the URL, but not the headline.

Matt Drudge does not own, operate or maintain DrudgeReportArchives.com. He is not responsible for it in any way.
Drudge's e-mail: drudge@drudgereport.com
Drudge's Book: Drudge Manifesto

Home | DMCA | Link Decay | RSS Feed

iDrudgeReport.com the official DrudgeReport.com mobile site.
The Official Drudge Report (Free) iPhone, iPod Touch and iPad App Download from the iTunes App Store

AfricanEnergy.com | RoadSideHazmat.com

DrudgeReportArchives.com © 2010

General Support: webmaster@drudgereportarchives.com

Copyright © 2010 DrudgeReportArchives.com. All Rights Reserved.

# EXHIBIT 4

# EXHIBIT 4

*-APPLICATION-*

## Title
**Title of Work:** TSA Agent performs enhanced pat-downs

## Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** November 18, 2010          **Nation of 1st Publication:** United States

## Author
■  **Author:** Media News Group, Inc.

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Righthaven LLC

**Name:**  Chief Executive Officer

**Email:**  sgibson@righthaven.com          **Telephone:**  702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:** Steven A. Gibson

**Date:** December 8, 2010

**Applicant's Tracking Number:** MN000130

**Registration #:**

**Service Request #:**   1-527285302

**Application Date:**   12-08-2010 12:14:16

# Correspondent

| | |
|---|---|
| **Organization Name:** | Righthaven LLC |
| **Name:** | Steven A. Gibson |
| **Address:** | 9960 West Cheyenne Avenue |
| | Suite 210 |
| | Las Vegas, NV 89129-7701 United States |

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States